PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name **Pagtakhan Marlon E.**
(Last)      (First)      (Initial)

Prisoner Number **ID #1079584**

Institutional Address **300 Bradford St. Redwood City, Ca. 94063**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Marlon Estacio Pagtakhan**
(Enter the full name of plaintiff in this action.)

vs.

**Sheriff Don Horsley**

(Enter the full name of respondent(s) or jailor in this action)

Case No. _____
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

SI

(PR)

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

-1-

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

 (a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland): **San Mateo County Superior Court, Redwood City**

   Court       Location

 (b) Case number, if known **MH463328A (?)**

 (c) Date and terms of sentence **11/16/07 "min. 180 days (pending trial)"**

 (d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes **X** No ____

   Where? **County Jail (pending "illegal transfer" to Atascadero State Hospital)**

   Name of Institution: **Maguire Correctional Facility**

   Address: **300 Bradford St. Redwood City, Ca. 94063**

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

**I am pending trial on multiple counts of 646.9(a) and 422 (Framed, I sought a speedy trial) and was "fraudulently" diagnosed "incompetent" and will be sent for treatment. (maltreatment)**

-2-

3. Did you have any of the following?

    Arraignment:                                      Yes **X**    No ____

    Preliminary Hearing:                     Yes ____    No **X**

    Motion to Suppress:                      Yes ____    No **n/a**

4. How did you plead?

    Guilty ____   Not Guilty **X**   Nolo Contendere ____

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have? **n/a**

    Jury ____   Judge alone ____   Judge alone on a transcript ____

6. Did you testify at your trial? **n/a**    Yes ____    No ____

7. Did you have an attorney at the following proceedings:

    (a)  Arraignment                       Yes **X**    No ____

    (b)  Preliminary hearing **n/a**       Yes ____    No ____

    (c)  Time of plea **n/a**            Yes ____    No ____

    (d)  Trial **n/a**                       Yes ____    No ____

    (e)  Sentencing **n/a**              Yes ____    No ____

    (f)  Appeal **n/a**                  Yes ____    No ____

    (g)  Other post-conviction proceeding **n/a** Yes ____  No ____

8. Did you appeal your conviction? **n/a**    Yes ____    No ____

    (a)  If you did, to what court(s) did you appeal? **n/a**

        Court of Appeal              Yes ____    No ____

        Year: _____    Result: _____

        Supreme C___ of California     Yes ____    No ____

        Year: _____    Result: _____

        Any other court              Yes ____    No ____

        Year: _____    Result: _____

    (b)  If you appealed, were the grounds the same as those that you are raising in this

1         petition? n/a          Yes ____    No ____

2   (c)    Was there an opinion? n/a      Yes ____    No ____

3   (d)    Did you seek permission to file a late appeal under Rule 31(a)? n/a

4                                                         Yes ____    No ____

5          If you did, give the name of the court and the result:

6          n/a

7

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal? n/a      Yes ____    No ____

10          [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11    challenged the same conviction you are challenging now and if that petition was denied or dismissed

12    with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13    for an order authorizing the district court to consider this petition. You may not file a second or

14    subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15    U.S.C. §§ 2244(b).]

16   (a)    If you sought relief in any proceeding other than an appeal, answer the following

17              questions for each proceeding. Attach extra paper if you need more space.

18      I.    Name of Court: <u>San Mateo County Superior Court</u>

19            Type of Proceeding: <u>10/24/07 "suspended" PREpreliminary</u>

20            Grounds raised (Be brief but specific):

21            a. <u>court appointed counsel's misrepresentation/misprision</u>

22            b. <u>Dr. Singh's fraudulent competency report</u>

23            c. <u>Dr. Samuel's fraudulent competency report</u>

24            d. <u>fraud on the court, "I am very competent."</u>

25            Result: <u>futile (no trial set)</u>    Date of Result: <u>10/24/07</u>

26      II.    Name of Court: <u>San Mateo County Superior Court</u>

27            Type of Proceeding: <u>11/16/07 "suspended" PREpreliminary</u>

28            Grounds raised (Be brief but specific): --

-4-

~~a. I dispute fraudulent results and misrepresentation.~~
~~b. "I claim Constitutional violations" and dispute transfer.~~
~~c. I request a Marsden and public Pitc hearing, before transfer.~~
~~d. Originally seeking a speedy trial, I invoke my right to trial.~~
Result: ~~day treatment pending trial.~~ (sentenced to a minimum of 180)   Date of Result: 11/16/07

III. Name of Court: _____n/a_____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

IV. Name of Court: _____n/a_____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____ Date of Result: _____

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes ____    No  X

Name and location of court: _____n/a_____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

-5-

1 | need more space. Answer the same questions for each claim. (PLEASE PARDON MINOR MISTAKES)

2 | [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3 | petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4 | 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5 | * Claim One: The Burlingame Police Department displayed gross negligence and prejudice in their investigation and denied me my 14th Amendment

6 | right to "...equal protection of the laws".

7 | Supporting Facts: The assigned investigator solicited with the

8 | alleged victims committing entrapment and created a

9 | fraudulent report, disregarding the defendant's own initial

10 | victimization. (Please see pages 30 through 34 in the attached 59 page document numbered 0-56)

11 | * Claim Two: Court appointed counsel Eric M. Hove conspires with deputy D.A. on 8/23/07 to violate my 6th Amendment right to a

12 | speedy trial.

13 | Supporting Facts: The night before the court date, I meet him for

14 | the first time. He asks repeatedly that I waive time,

15 | I insist and let him know I want a speedy trial. He agrees after the short meeting. The next day he proclaims doubt and suspends

16 | proceedings. (see attached pages 26, 40, 46, 47, 51, 52, 54)

17 | * Claim Three: Court appointed staff (counsel & doctors) violated my 5th Amendment right to liberty and due process, misrepresenting

18 | me and drafting fraudulent evaluation reports.

19 | Supporting Facts: I will now be illegally sent to a State Hospital

20 | for 180 days minimum for maltreatment till I regain

21 | competency. I am competent! This was deliberate moral

22 | turpitude because I would not waive time. (see attachment)

23 | If any of these grounds was not previously presented to any other court, state briefly which

24 | grounds were not presented and why:

25 | I'm being denied competent counsel and haven't had the

26 | chance to address the first two claims. I'm being railroaded

27 | in a malicious prosecution and suspect an obvious cover-up

28 | as I'm being denied discovery materials". (please see attachment)

-6-

1  *<u>Claim Four</u>: The investigating officer of the Burlingame Police
2  Department violated my 4th Amendment right.
3  <u>Supporting Facts</u>: There was no warrant for him seizing
4  two computers from my home. I gave him permission to
5  printout exonerating material after a coerced inter-
6  rogation after refusing to speak more without a lawyer.
7  (see attached pages 6, 11, 30 & 31 lines 47-78) (two replica/
8  model weapons were seized some days later)
9  *<u>Claim Five</u>: My 5th Amendment right was violated when the
10 investigating officer compelled me for an interview.
11 <u>Supporting Facts</u>: He gave me the impression that he
12 would conduct a thorough investigation to learn both
13 sides of the story (see attached pages 31 lines 78-96)
14 The officer ignored the crimes committed against the
15 defendant. (equal protection, 14th Amendment)
16 *<u>Claim Six</u>: Amendment 6 "excessive bail shall not
17 be required" was violated by both the detective and
18 the deputy D.A. when they requested it raised during
19 the defendant's arraignment. (600,000 to 800,000)
20 <u>Supporting Facts</u>: The defendant scolded the detective
21 during a contact visit in the morning just before his
22 arraignment, telling the officer he would opt for an
23 OR. Bail is raised after the officer and two APW members
24 huddle with the deputy D.A. during the arraignment.
25 (see page 31 lines 96-109.)
26 • Criminal proceedings have been unjustifiably
27 suspended and I've been without assistance of counsel
28 preventing me from raising the above grounds. (see page 54)

[7]

1. *<u>Claim Seven</u>: The District Attorney has violated my 6th
2. Amendment right to a speedy trial. (Conspiring with
3. my court-appointed counsel.) *So has the Court.*
4. <u>Supporting Facts</u>: I was arrested on 8/11/07, and
5. arraigned on 8/14/07. IT IS NOW 4 MONTHS
6. INTO MY DETENTION AND I'VE YET TO
7. HAVE A PRELIMINARY HEARING. THEY ARE
8. CLAIMING I WON'T BE HONORED ONE FOR
9. AT LEAST ANOTHER 6 MONTHS. *That is*
10. *10 total "months" instead of the 10 STAT-*
11. *UTORY DAYS.*'(SEE PAGES #26, 40*, 46, 51, 52, 53,
12. 54, 30 lines 11-25) I NEVER WAIVED TIME. I REFUSED!
13. *<u>Claim Eight</u>: The District Attorney violated my
14. 5th Amendment right to Due Process disclosing
15. prejudicial material to the San Mateo Times and
16. the Daily Journal which was misleading hearsay.
17. <u>Supporting Facts</u>: In August and on October 25th
18. false statements were released to the media
19. in a defamation attempt. Such material was not
20. addressed in court but *deliberately released,*
21. resulting in slanderous articles. Also released
22. was the statement that I lived with my parents
23. which they misinterpretated processing their own
24. paperwork when I listed them as my dependents.
25. I lived alone independently! *This proves the D.A.'s*
26. *disclosing of information offensively. (voluntarily)*
27. *<u>Claim Nine</u>: The Court, D.A., and counsel have
28. violated my rights to Due Process by refusing

[8]

1 to disclose a copy of the complaint, the police
2 report, and copies of the Dr. reports.
3 Supporting Facts: I've repeatedley requested
4 the materials from counsel to no avail. I add-
5 ressed the court on 11/16/07 and they still
6 fail to deliver (SEE PAGES 11, 54) *They must be concealing*
7 *fraudulent and slanderous material!*
8 * Claim Ten: The District Attorney has violated
9 my 5th and 14th amendment rights to Due Process
10 by fraudulently *conspiring to have me sent for
11 a minimum of 180 days of maltreatment in a
12 State Hospital. (with counsel and Dr. Singh)
13 Supporting Facts: I am free from any medication.
14 *The second doctor saw me fit for trial.* (attachment)
15 * Claim Eleven: The Court, D.A., and counsel have
16 deprived me of liberty and property without Due
17 Process of Law secured by the 5th and 14th Amend-
18 ments.
19 Supporting Facts: I was denied a preliminary
20 hearing and a jury trial. (SEE PAGE 30 lines 10-25)
21 * Claim Twelve: The Court, D.A., and counsel have
22 refused to inform me of the nature and cause
23 of the accusation (in regards to requested material
24 and a preliminary hearing) violating the 6th Amendment.
25 Supporting Facts: I was arrested on 8/11/07. I've
26 *NEVER SEEN THE POLICE REPORT*, and what
27 I've heard from it was fraudulent, perjured and
28 fabricated. *I'VE ASKED REPEATEDLEY.*

1 *Claim Thirteen: The District Attorney (or BPD) violated
2 the 5th Amendment in their unreasonable and
3 unexplained delay in charging the defendant.
4 Supporting Facts: Investigation began 6 months
5 prior to the arrest, yet the fact that APW &
6 affiliates resumed to harass the defendant
7 is overlooked. (SEE PAGE 54)
8 *Claim Fourteen: The Burlingame Police Department
9 violated Due Process under the 5th and 14th amendment
10 in their entrapment of the defendant.
11 Supporting Facts: They were investigating the
12 defendant and were either NEGLIGENT OR
13 KNOWLEDGED OF APW'S HARASSMENT
14 OF THE DEFENDANT. *The latter constitutes entrapment.*
15 (SEE PAGES 27(b)*, 35•, 5, 54)
16 *Claim Fifteen: The Burlingame Police Department
17 violated the 14th Amendment Clause of equal
18 protection by NEGLECTING THE CRIMES
19 COMMITTED AGAINST THE DEFENDENT.
20 (see attached page # 0, 5, 39, 42)
21 Supporting Facts: *This was disclosed publicly*
22 *in the textfiles residing on the seized laptop,*
23 *posted online, and disclosed in one form or*
24 *another to the detective during interview.*
25 (see attached 30-34) *NOTE: GIVEN THE UNITY OF
26 COUNSEL, the D.A. and the Court, this may be
27 applicable to them as well.
28  • *Gross negligence and fraud are evident.*

10a

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases: (see attached page #56)
4  Escobedo v. Illinois 378 us 478, Dickey v. Florida 398 us 30,
5  Klopfer v. North Carolina 386 us 213, Napue v. Illinois
6  360 us 264, Chapman ET AL v. California 386 us 18
7  Do you have an attorney for this petition?              Yes____   No ✗
8  If you do, give the name and address of your attorney:
9  _____ n/a _____
10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.
12
13  Executed on 12/10/07                      *Marlon E. Pagtakhan*
14           Date                                Signature of Petitioner
15
16  P.S. Attached is a 59 page document numbered 0-56.
17  It contains information on misconduct by the
18  Burlingame Police Department, All Pro Wrestling,
19  the District Attorney, my court appointed
20  counsel, and the court appointed doctors,
21  resulting in negligence by the court and
22  my "unconstitutional and illegal detention."
23
24  (please pardon me for it's size and any errors in this petition)

-11-