UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Marlon Estacio Pagtakhan

     Plaintiff,

vs.

Sheriff Don Horsley

     Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SI

(PR)

I, <u>Marlon E. Pagtakhan</u> declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __n/a__   Net: __n/a__

Employer: __n/a__

[1]

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _8/10/07 gross $2,000 (estimate) /18.00/hour_
5  _net $1,600 (estimate) (varied schedule)_
6  _Celtic Moving & Storage, Donner St., SF, CA._
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.    Business, Profession or           Yes ___  No ✗
10                self employment
11     b.    Income from stocks, bonds,        Yes ___  No ✗
12               or royalties?
13     c.    Rent payments?                    Yes ___  No ✗
14     d.    Pensions, annuities, or           Yes ___  No ✗
15               life insurance payments?
16     e.    Federal or State welfare payments, Yes ___  No ✗
17               Social Security or other govern-
18               ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____n/a_____
22  _____
23  3.    Are you married?                     Yes ___  No ✗
24  Spouse's Full Name: __n/a__
25  Spouse's Place of Employment: __n/a__
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $__n/a__    Net $__n/a__
28  4.    a.    List amount you contribute to your spouse's support:$ __n/a__

[2]

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5     mother and father $500.00/month
6     for food and misc. expenses
7  5. Do you own or are you buying a home?  Yes ___ No ✗
8  Estimated Market Value: $ n/a  Amount of Mortgage: $ n/a
9  6. Do you own an automobile?  Yes ___ No ✗
10 Make n/a  Year n/a  Model n/a
11 Is it financed? Yes ___ No ___ If so, Total due: $ n/a
12 Monthly Payment: $ n/a
13 7. Do you have a bank account? Yes ✗ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: Wells Fargo
15     Broadway, Burlingame Ca. 94010
16 Present balance(s): $ 0 (possibly closed out)
17 Do you own any cash? Yes ___ No ✗ Amount: $ 0
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ✗ No ___
20 "Studio sized" household goods & clothing in storage (.60/lb. movers valuation)
21 8. What are your monthly expenses?
22 Rent: $ 183 storage (paid by sister)  Utilities: n/a
23 Food: $ n/a  Clothing: n/a
24 Charge Accounts:
25 Name of Account        Monthly Payment              Total Owed on This Acct.
26 none          $ 0                    $ 0
27 none          $ 0                    $ 0
28 none          $ 0                    $ 0        9. Do

[3]

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

n/a

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12/10/07                    *Marlon E. Pagtakhan*
DATE                        SIGNATURE OF APPLICANT

[4]

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Marlon E. Pagtakhan</u> for the last six months at <u>AKA PAKTAKHAN ID. #1079584</u>

[prisoner name]

<u>Maguire Correctional Facility</u> where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>20.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>11.50</u>.

Dated: <u>12-11-07</u>                    <u>Joseph Los (Team 3)</u>

[Authorized officer of the institution]

[S]

```
MAGUIRE COR...
INMATE CASH HISTORY

01:00:03  11 Dec 2007

ID NUMBER: 1079584

INMATE: PAKTAKHAN, MARLON

                       DEPOSIT OR
  DATE      TIME   RECEIPT  <WITHDRAW>   BALANCE    AUTHORIZATION
---------  -----  -------  -----------  ----------  --------------
12 Aug 07  13:44  1637308      3.00        3.00     NEW
15 Aug 07  06:02  2259057     <3.00>       0.00     COMMISSARY
19 Aug 07  13:13  1497971     50.00       50.00     DN/JOANNA (SISTE
                                                    R)
22 Aug 07  06:12  2171752    <25.00>      25.00     COMMISSARY
23 Aug 07  10:38  2260014    <25.00>       0.00     COMMISSARY
25 Aug 07  14:30  1498652     25.00       25.00     MOM
29 Aug 07  06:05  2016794    <10.00>      15.00     COMMISSARY
30 Aug 07  08:04  2016886    <14.70>       0.30     COMMISSARY
01 Sep 07  19:17  1499400     20.00       20.30     GV/JOANNA
05 Sep 07  06:32  2260831    <20.00>       0.30     COMMISSARY
12 Sep 07  20:58  1400677     40.00       40.30     JOANNA
13 Sep 07  10:38  2261526    <20.30>      20.00     COMMISSARY
19 Sep 07  06:29  2174069    <11.80>       8.20     COMMISSARY
20 Sep 07  11:04  2174261     <8.20>       0.00     COMMISSARY
03 Oct 07  19:20  1402954     50.00       50.00     CO/ FROM JOANNA
04 Oct 07  10:37  2262892    <20.90>      29.10     COMMISSARY
10 Oct 07  06:15  2175730     <2.30>      26.80     COMMISSARY
11 Oct 07  10:49  2263641    <13.80>      13.00     COMMISSARY
17 Oct 07  06:05  2263926    <11.50>       1.50     COMMISSARY
18 Oct 07  10:36  2264155     <1.50>       0.00     COMMISSARY
21 Oct 07  21:06  1404905     15.00       15.00     CO: JOANNA AND C
                                                    HRISTIAN
24 Oct 07  06:36  2264482     <9.50>       5.50     COMMISSARY
25 Oct 07  11:14  2176946     <5.40>       0.10     COMMISSARY
28 Oct 07  13:20  1405549     20.00       20.10     DN/MOM
31 Oct 07  06:36  2177476    <19.90>       0.20     COMMISSARY
01 Nov 07  12:01  2177737     <0.20>       0.00     COMMISSARY
10 Nov 07  13:54  1406980     20.00       20.00     DN/MOM
14 Nov 07  07:38  2266006    <19.90>       0.10     COMMISSARY
28 Nov 07  19:51  1408821     20.00       20.10     CO: MOM
29 Nov 07  14:14  2266982    <20.10>       0.00     COMMISSARY
06 Dec 07  20:22  1409697     30.00       30.00     CO: MOM
07 Dec 07  06:26  2180045    <18.50>      11.50     COMMISSARY
```