UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON E. PAGTAKHAN, | No. C 07-6384 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DON HORSLEY, Sheriff, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed without prejudice to petitioner filing a new habeas petition if he ever gets convicted or committed and exhausts his state court remedies.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 20, 2007

SUSAN ILLSTON
United States District Judge